IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV459-GCM

| | |
|---|---|
| PHILIP BENHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHARLOTTE, NORTH )<br>CAROLINA, and JEFFREY J. JOSEPH, )<br>Individually and in his official capacity )<br>as police officer with )<br>Charlotte-Mecklenburg Police Department, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court upon Plaintiff's Motion for Preliminary Injunction, Defendant Jeffrey Joseph's Motion to Dismiss, and Defendant City of Charlotte's Motion to Dismiss. The Parties entered into a Consent Order on February 12, 2021 with regard to certain issues, however, the Consent Order did not address all pending issues. A hearing was held on these remaining issues on May 11, 2021. For the reasons stated in open Court:

IT IS THEREFORE ORDERED that Defendant Joseph's Motion to Dismiss is hereby GRANTED;

IT IS FURTHER ORDERED that Defendant City of Charlotte's Motion to Dismiss is hereby GRANTED as to the remaining issues; and

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction is hereby dismissed as moot as to the remaining issues.

Signed: May 11, 2021

Graham C. Mullen
United States District Judge