# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Philip Benham, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00459-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrey J Joseph | ) | |
| City of Charlotte, North Carolina, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2021 Order.

May 11, 2021

Frank G. Johns, Clerk
United States District Court