IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00459-GCM

PHILIP BENHAM,

    Plaintiff,

v.

JEFFREY J JOSEPH,
CITY OF CHARLOTTE, NORTH
CAROLINA,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Stephen M. Crampton (ECF No. 41).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Crampton is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Philip Benham.

**IT IS SO ORDERED**.

Signed: March 1, 2022

Graham C. Mullen
United States District Judge