IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV459-GCM

| | |
|---|---|
| PHILIP BENHAM, ) ) Plaintiff, ) ) vs. ) ) CITY OF CHARLOTTE, NORTH ) CAROLINA, and JEFFREY J. JOSEPH, ) ) Defendants. ) _____) | ORDER |

This matter is before the Court upon Non-Party Calla Hales Motion to Quash Subpoena and Stay Compliance Pending Resolution. For good cause shown, the Court will stay Ms. Hales obligation to comply with the subpoena pending the resolution of the Motion to Quash.

IT IS SO ORDERED.

Signed: March 9, 2022

Graham C. Mullen
United States District Judge