IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV459

| | |
|---|---|
| PHILIP BENHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHARLOTTE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) ORDER | |
| ) | |

This matter is before the Court upon the Parties' Joint Motion to Waive Mediation Requirement. While mediation is not an option the Parties are amenable to pursuing, the Parties have nonetheless indicated their interest in a formal settlement conference. It appears to the Court that a Judicial Settlement Conference may be a beneficial method of dispute resolution for this case. Accordingly, the Parties are hereby directed to participate in a Judicial Settlement Conference with Magistrate Judge David Keesler. The above-captioned matter is hereby referred to Judge Keesler for a Judicial Settlement Conference, and the parties are directed to contact the Chambers of Judge Keesler forthwith at (704) 350-7430 to schedule the conference.

IT IS THEREFORE ORDERED THAT the Parties' Joint Motion to Waive Mediation Requirement is hereby GRANTED, and the Parties are directed to participate in a Judicial Settlement Conference.

Signed: March 14, 2022

Graham C. Mullen
United States District Judge