IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-459-GCM

| | |
|---|---|
| PHILIP BENHAM, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, NORTH CAROLINA, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the scheduling of the Judicial Settlement Conference in this matter. The Court had previously scheduled the Judicial Settlement Conference for April 21, 2022. See (Document No. 53).

**IT IS, THEREFORE, ORDERED** that the Judicial Settlement Conference in this matter is **POSTPONED** until further notice. The parties shall confer and submit new proposed dates for the conference to Judge Keesler's chambers by **Friday, April 22, 2022**.

**SO ORDERED**.

Signed: April 20, 2022

David C. Keesler
United States Magistrate Judge