# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:20-CV-459-GCM

| | |
|---|---|
| **PHILIP BENHAM,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| **CITY OF CHARLOTTE, NORTH CAROLINA, et al.,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 47) of the Honorable Graham C. Mullen and following the postponement of the original date for the Judicial Settlement Conference (Document No. 59), the parties have contacted the undersigned's chambers to reschedule the Judicial Settlement Conference in this matter and a date has been agreed upon.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene on Wednesday, June 29, 2022, at 9:30 a.m. in Courtroom #1A of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: May 2, 2022

David C. Keesler
United States Magistrate Judge