IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-459-GCM

| PHILIP BENHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CITY OF CHARLOTTE, NORTH CAROLINA, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 47) of the Honorable Graham C. Mullen and following the postponement of the two previous dates for the Judicial Settlement Conference (Document Nos. 59 and 66), the parties agreed via telephone conference with the undersigned's chambers on July 19, 2022 to reschedule the Judicial Settlement Conference in this matter and agreed upon a date of August 17, 2022.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene on Wednesday, August 17, 2022, at 9:30 a.m. in Courtroom #1A of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.   Signed: July 19, 2022

David C. Keesler
United States Magistrate Judge