IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV459

| | |
|---|---|
| PHILIP BENHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | ORDER |
| ) | |

This matter is before the Court upon its own motion. Trial in this case is currently set for September 19, 2022. Due to pending motions, this case will be continued from the September trial term to the January 23, 2023 trial term.

IT IS SO ORDERED.

Signed: August 11, 2022

Graham C. Mullen
United States District Judge