IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV459

PHILIP BENHAM,                              )
                                            )
     Plaintiff,                            )
                                            )
v.                                          )
                                            )
CITY OF CHARLOTTE, et al.,                  )
                                            )
     Defendants.                           )
                                            )          ORDER
_____       )

     This matter is before the Court upon its own motion. Trial in this case is currently
scheduled for the March 13, 2023 Term. In order to allow time to schedule a judicial settlement
conference requested by the Parties, the Court will continue trial in this case to the July 17, 2023
Term.

     IT IS SO ORDERED.


Signed: February 27, 2023

Graham C. Mullen
United States District Judge